**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV10-01029 JAK (MLGx) | Date | October 3, 2011 |
|---|---|---|---|
| Title | Astra Oil Company, LLC, et al. v. Certain Underwriters at Lloyds London | | |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER RE**

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (Dkt. 77)**

**DEFENDANTS/COUNTER-CLAIMANTS & CROSS-CLAIMANT CERTAIN UNDERWRITERS AT LLOYD'S MOTION FOR SUMMARY JUDGMENT (Dkt. 61)**

**CRUMP GROUP, INC., D/B/A SOUTHERN MARINE & AVIATION UNDERWRITING, INC.'S MOTION FOR SUMMARY JUDGMENT (Dkt. 85)**

Defendants, Crump Group, Inc., d/b/a Southern Marine & Aviation Underwriting filed its motion for summary judgment and noticed it for October 31, 2011, which is a date the Court is not hearing motions. Counsel shall refer to the Closed Motion Calendar under the Judge Kronstadt's Procedures and Schedules found on the Court's website. Therefore, the Court continues this motion, including the above-referenced motions, currently set for October 20, 2011, to November 7, 2011 at 8:30 a.m.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   ak