**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV10-01029 JAK (MLGx) | Date | October 27, 2011 |
|---|---|---|---|
| Title | Astra Oil Company, LLC, et al. v. Certain Underwriters at Lloyds London | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On October 26, 2011, defendant filed "Notice of Settlement" [106]. The Court sets an Order to Show Cause re Dismissal for December 12, 2011 at 1:30 p.m. If the parties file a dismissal by December 9, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The motions (Dkt. 61, 74, 77, 85), the Final Pretrial Conference, Status Conference re Exhibits, and Court Trial are vacated.

**IT IS SO ORDERED.**

: 

Initials of Preparer   ak